# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. MJ-20-09261-PHX-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| James Lee Carr, | |
| Defendant. | |

On September 15, 2020 in Phoenix, Arizona, a Court Security Officer assigned to the Sandra Day O'Connor United States Courthouse was shot at the entrance to the underground parking garage. On the same day, an arrest was made and Magistrate Judge Eileen Willett was contacted by the United States Attorney's Office regarding the initiation of federal criminal matters. She issued search warrants and reviewed a federal criminal complaint charging Defendant with various federal crimes. The complaint was filed.

On September 17, 2020 this matter was transferred to Tucson for the Defendant to make his initial appearance before Magistrate Judge Thomas Ferraro. Based upon the circumstances occurring on September 15, 2020 in Phoenix, and to avoid any potential appearance of impropriety, this matter shall be assigned by random lot to the Tucson Division for all further proceedings.

DATED this 23rd day of September, 2020.

G. Murray Snow
Chief United States District Judge