MICHAEL BAILEY
United States Attorney
District of Arizona

KEITH VERCAUTEREN
Arizona State Bar No. 013439
TODD M. ALLISON
Arizona State Bar No. 026936
Assistant United States Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Keith.Vercauteren@usdoj.gov
Email: Todd.Allison@usdoj.gov
Attorneys for Plaintiff

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>James Lee Carr,<br><br>        Defendant. | No. CR-20-1915-TUC-RCC (MSA)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 111(a)(1) and 111(b)<br>(Assault of a Federal Law Enforcement Officer Using a Dangerous or Deadly Weapon)<br>Count 1<br><br>18 U.S.C. §§ 924(c)(1)(A)(i), (ii), and (iii)<br>(Use, Brandish, and Discharge of a Firearm During a Crime of Violence)<br>Count 2<br><br>18 U.S.C. §§ 924(d) and 981;<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about September 15, 2020, in the District of Arizona, Defendant JAMES LEE CARR, using a deadly or dangerous weapon, did intentionally and forcibly assault, resist, oppose, impede, intimidate, or interfere with federal court security officer S.F., who is an

employee of the United States and protected as designated in section 18 U.S.C. § 1114, while S.F. was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

## COUNT 2

On or about September 15, 2020, in the District of Arizona, Defendant JAMES LEE CARR did knowingly use, carry, brandish, and discharge a firearm, during and in relation to a crime of violence, and did knowingly possess, brandish, and discharge a firearm, in furtherance of a crime of violence, that is Assault of a Federal Officer Using a Dangerous or Deadly Weapon, as alleged in Count 1 of this Indictment, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), and (iii).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 and 2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 and 2 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense:

(1) An RG Industries, .38 Special Revolver, Serial Number R057895,

(2) A Squires Bingham, Model 16, .22 rifle, Serial Number 1003260, and

(3) Miscellaneous ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

| | |
|---|---|
| 1 | (2) has been transferred or sold to, or deposited with, a third party, |
| 2 | (3) has been placed beyond the jurisdiction of the court, |
| 3 | (4) has been substantially diminished in value, or |
| 4 | (5) has been commingled with other property which cannot be divided without |
| 5 | difficulty, |

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date: October 13, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

S/
KEITH VERCAUTEREN
TODD M. ALLISON
Assistant U.S. Attorneys