DAN H. COOPER, BAR NO. 004900
Cooper & Udall, P.C.
136 W. Simpson Street
Tucson, AZ 85701
(520) 770-1414
dcooper@cooperudall.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR20-01915-RCC-MSA |
| ) | |
| Plaintiff, ) | **MOTION FOR** |
| vs. ) | **DETERMINATION OF** |
| ) | **MENTAL COMPETENCY** |
| JAMES LEE CARR, ) | **TO STAND TRIAL** |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to 18 U.S.C. 4241 (a), counsel for James Carr moves this court for a hearing to determine his mental competency to stand trial. There is reasonable cause to believe Mr. Carr suffers from a mental disease or defect making him unable to properly assist counsel. That reasonable cause is as follows:

1. Mr. Carr's family informed counsel that he has a long history of mental illness including hospitalizations;

2. The family further indicated that Mr. Carr's mental health has deteriorated in the past two years following the death of his sister;

1

3. The family also indicates that Mr. Carr has believed for years, and continues to believe, that he is routinely accompanied by "Aquaman" and that he has conversations with Aquaman;

4. At his initial appearance in court, while on video after speaking with counsel, Mr. Carr had a conversation with someone (or some thing) who was not visibly present in the teleconference room where Mr. Carr was situated. He turned his head to speak, waited for an answer, and then turned back again to respond. This sequence happened multiple times;

5. Mr. Carr was evaluated by the psychiatrist at the Core Civic facility where he is being held. The evaluation took place due to his erratic mental state upon admission. Mr. Carr was diagnosed with Depressive and Psychotic disorders;

6. Counsel's communications with Mr. Carr support all of the issues described by both his family and the psychiatrist. It appears that his mental state fluctuates. He is lucid one moment, then moments later makes little sense. He is unable to assist in preparing his defense.

Counsel has attempted to obtain prior mental health records from facilities where Mr. Carr has received treatment. For various reasons, some covid-related, it has been difficult to procure the documents. Attempts are continuing. Counsel believes, however, that Mr. Carr's mental health

problems are significant and increasing. As such, waiting to obtain those records is not a viable option. It is requested that Mr. Carr's competency to stand trial be evaluated.

RESPECTFULLY SUBMITTED this  22nd  day of January, 2021.

By  s/ *Dan H. Cooper*
Dan H. Cooper