GARY M. RESTAINO
United States Attorney
District of Arizona

KEITH E. VERCAUTEREN
Arizona State Bar 013439
TODD M. ALLISON
Arizona State Bar No. 026936
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Keith.Vercauteren@usdoj.gov
Email: Todd.Allison@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-20-01915-TUC-RCC-MSA |
| Plaintiff, | |
| vs. | **UNITED STATES' MOTION TO DISMISS INDICTMENT** |
| James Lee Carr, | |
| Defendant. | |

The United States of America respectfully requests this Court enter an order dismissing without prejudice the Indictment (Doc. 9) against Defendant James Lee Carr.

Mr. Carr was arrested via complaint on September 15, 2020, (Doc. 1) and was indicted on October 13, 2020, (Doc. 9). The case is currently set for trial before this Court on March 8, 2022. (Doc. 34.) On January 26, 2022, the United States Marshals Service notified the United States and Mr. Carr's counsel, Dan Cooper, via email that, at approximately 1:35 p.m. on January 26, 2022, Mr. Carr passed away while in custody. The United States was subsequently notified by the United States Marshals Service that obtaining a death certificate may take a significant amount of time. Given Mr. Carr's death and in the interest of justice, the United States requests that this Court dismiss without prejudice the Indictment pursuant to Fed. R. Crim. P. 48(a). Defense counsel Dan Cooper

1  does not oppose the motion to dismiss without prejudice.
2      Excludable delay under 18 U.S.C. § 3161(h) is not expected to occur as a result of
3  this motion or an order based thereon.
4      Respectfully submitted this 16th day of February, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Todd M. Allison*
TODD M. ALLISON
KEITH E. VERCAUTEREN
Assistant United States Attorneys

# CERTIFICATE OF SERVICE

I hereby certify that, on February 16, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Dan Cooper
Counsel for Defendant James Lee Carr

s/ *Theresa Hanson*
U.S. Attorney's Office